ORDERED AND ADJUDGED that the Motion to Vacate the May 27, 1986 Order is DENIED. It is further

ORDERED AND ADJUDGED that the Motion of Judgment Creditor Muka for the Court to Accept 10/18/2000 Counter-Reply Memorandum of Law on the Pending Motion to Vacate is DENIED for the reasons stated in Hackney's opposition memorandum.

**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Richard Lee BLAYLOCK, Jr., Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

**v.**

**Alexander Petrillo, a.k.a. Alexander Pertillo, Defendant–Appellant.**

**Nos. 00–11254, 00–11255.**

United States Court of Appeals, Eleventh Circuit.

Aug. 1, 2001.

J. Brice Callaway (Court-Appointed), Callaway & Bradley, Huntsville, AL, for Blaylock.

G. Douglas Jones, Asst. U.S. Atty., Shirley I. McCarthy, Birmingham, AL, Deirdra Brown, Huntsville, AL, for Plaintiff–Appellee.

Dan Turberville (Court-Appointed), Birmingham, AL, for Petrillo.

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.[*]

---

* Senior U.S. Circuit Judge Emmett R. Cox may elect to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.